RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**JUN 13 2024**

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ANDREA L MARION,

      Plaintiff,

vs.

HOLLIS COBB ASSOCIATES INC., D/B/A
MEDICAL DIVISION OF HOLLIS COBB,
D/B/A PATIENT ACCOUNTS BUREAU

      Defendant

Case No.:

# 1:24-CV- 2582

**COMPLAINT AND DEMAND FOR JURY
TRIAL**

## PRELIMINARY STATEMENT

This is a civil action for actual, punitive, statutory damages and cost brought

upon by Andrea Marion, ("Plaintiff or Marion") an individual consumer,

against the Defendant Hollis Cobb Associates, hereinafter ("Hollis"), d/b/a

MEDICAL DIVISION OF HOLLIS COBB, d/b/a PATIENT ACCOUNTS

BUREAU  for violations of the Fair Debt Collection Practices Act, 15 U.S.

Code § 1692 et seq. (hereinafter "FDCPA").

## JURISDICTION AND VENUE

1. Jurisdiction of this court arises under 15 U.S.C § 1681(p) and 28 U.S.C §

    1331.

2. All conditions precedent to the bringing of this action have been performed.

COMPLAINT AND DEMAND FOR JURY TRIAL - 1

3. Venue is proper in this judicial district pursuant to 28 U.S.C § 1391(b)(1) and 28 U.S.C § 1391(b)(2) because a substantial part of the events, omissions or conducts giving rise to Plaintiff claim occurred in this judicial district. Defendants transact business in Atlanta, Georgia.

4. The Court has supplemental jurisdiction of any state law claims pursuant to 28 U.S.C § 1367.

## PARTIES

5. Plaintiff, Andrea Marion ("Plaintiff or Marion"), is a natural person and consumer as defined by 15 U.S.C § 1681a(c), residing Atlanta, Georgia.

6. Upon information and belief, Hollis Cobb Associates specializes as a healthcare collection agency.

7. At all relevant times, Defendant acted as a "debt collector" within the meaning of 15 U.S.C. § 1692a(6), in that it held itself out to be a company collecting a consumer debt allegedly owed by Plaintiff.

8. The aforementioned alleged debt is a "debt" within the meaning of 15 U.S.C. § 1692a(5), in that it is an alleged obligation of a consumer to pay money

COMPLAINT AND DEMAND FOR JURY TRIAL - 2

arising out of a transaction in which the money, property, insurance and/or services which are the subject of the transaction were primarily for personal, family and/or household purposes.

9. On information and belief, Defendant is a corporation of the State of Georgia, and which has its principal place of business in Norcross, Georgia.

## **BACKGROUND OF THE FDCPA**

10. The Fair Debt Collection Practices Act (FDCPA) is a federal law established in 1977 to eliminate abusive practices in the collection of consumer debts, promote fair debt collection, and provide consumers with an avenue for disputing and obtaining validation of debt information to ensure the information's accuracy.

11. The FDCPA applies to personal, family, and household debts, including credit card debt, auto loans, medical bills, and mortgages. It restricts the behavior and actions of debt collectors by setting standards for how they can conduct themselves, including the time and manner in which they can contact debtors, prohibiting the use of deceptive or threatening tactics, and granting rights to consumers to request the validation of the debt and to dispute inaccuracies.

12. Under the FDCPA, the consumer does not need to prove that the debt collector acted intentionally or negligently. If a debt collector violates any

COMPLAINT AND DEMAND FOR JURY TRIAL - 3

provision of the FDCPA, they can be held liable regardless of their intent or knowledge.

13. The FDCPA sets an objective standard for debt collection practices. This means that if the actions of the debt collector violate the provisions of the FDCPA, the debt collector is liable, irrespective of whether they knew their actions were unlawful.

14. *Russell v. Absolute Collection Servs., Inc., 763 F.3d 385 (4th Cir. 2014)*: The court held that the FDCPA imposes strict liability on debt collectors, meaning that a consumer can recover damages for violations of the Act without needing to prove intent or knowledge on the part of the debt collector.

15. *Gonzales v. Arrow Financial Services, LLC, 660 F.3d 1055 (9th Cir. 2011)*: The court held that the FDCPA is a strict liability statute, which means that it is sufficient for a consumer to show only that the debt collector violated the statute.

16. Strict liability under the FDCPA provides strong protections for consumers by holding debt collectors accountable for violations without the need to prove intent or negligence. This strict standard helps ensure that debt collectors adhere closely to the law, protecting consumers from abusive, deceptive, and unfair debt collection practices.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STATEMENT OF FACTS

17. On or about Monday February 5, 2024, Plaintiff received a text message at 2:15pm from Defendant stating that Plaintiff would be receiving texts from their office.

18. The text also advises that Hollis is a debt collector and referred to themselves as "HC-Debt Collector".

19. Defendant sent the text to Plaintiff in an attempt to collect the aforementioned alleged debt.

20. In a separate text on the same day and time the message states that I, the consumer can make a payment online as well can text back STOP to opt out.

21. On or about February 19, 2024, at 9:26am, Defendant placed a telephone call to Plaintiff in an attempt to collect the aforementioned alleged debt. Said communication resulted in a voicemail.

22. Plaintiff received a voicemail from an automated system from Hollis in regard to an important business matter. The message did state it was an attempt to collect a debt and the call was from a debt collector.

23. On or about February 27, 2024, at 12:19pm, Defendant placed another telephone call to Plaintiff in an attempt to collect the aforementioned alleged debt. Said communication resulted in a voicemail.

24. Plaintiff received a voicemail from an automated system from Hollis in regard to an important business matter. The message did state it was an attempt to collect a debt and the call was from a debt collector.

25. On or about Tuesday February 27, 2024, at 2:13pm, Plaintiff received another text from Hollis stating they were offering payment options and to call or go online.

26. Plaintiff responded to this text on or about Tuesday February 27, 2024, at 5:06pm with the message "Marion, Andrea I declined to pay the debt".

27. On or about February 28, 2024, at 2:29pm, Defendant placed another telephone call to Plaintiff in an attempt to collect the aforementioned alleged debt. Said communication resulted in a voicemail.

COMPLAINT AND DEMAND FOR JURY TRIAL - 6

28. Plaintiff received another voicemail from an automated system from Hollis in regard to an important business matter. The message did state it was an attempt to collect a debt and the call was from a debt collector.

29. On or about March 7th, 2024, at 2:14pm, Plaintiff received another text from Hollis aka HC- Debt Collector stating that Plaintiff can make her Grady Health S payment online or by calling.

30. Plaintiff replied to this text message on or about March 7th, 2024, at 2:15pm and 2:47pm that these texts were giving her a headache and that she was at work with these headaches now and was unwilling to pay the debt again.

31. All evidence of the communication above can be seen in **EXHIBIT A.**

32. Plaintiff mailed Hollis a *Pre-Litigation Settlement Demand Notice* on or about March 18th, 2024, advising of the facts outlined above. *See* **EXHIBIT B.**

33. Defendant received this notice on or about April 13, 2024, via USPS Certified Mail. Tracking Number: **9589 0710 5270 0905 3007 45.** *See* **EXHIBIT B.**

34. Defendant has not made any response to Plaintiff since receiving Plaintiff's Notice to try and resolve this matter outside of litigation.

COMPLAINT AND DEMAND FOR JURY TRIAL - 7

35. Plaintiff acted in good faith to cure this matter with Defendant, but they failed to respond back to Plaintiff notice.

36. In it attempts to collect the alleged debt as outline above, Defendant damages Plaintiff and violated the FDCPA.

37. As a result of Defendant's actions as outline above, Plaintiff has suffered and continues to suffer stress, aggravation, emotional distress and mental anguish.

## COUNT I

### Violation of the FDCPA 15 U.S.C. § 1692c(c)

38. All preceding paragraphs are re-alleged.

39. Defendant violated 15 U.S.C. § 1692c(c) by communicating with Plaintiff after Defendant had been advised that Plaintiff refused to pay the alleged debt.

40. In *Clark v. Capital Credit & Collection Servs., Inc., 460 F.3d 1162 (9th Cir. 2006)*, the Ninth Circuit held that once a debt collector receives notice that the consumer refuses to pay the debt, the debt collector must cease all communications with the consumer, unless it is to inform the consumer that

COMPLAINT AND DEMAND FOR JURY TRIAL - 8

the debt collector is ceasing communications or that the debt collector intends

to invoke a specified remedy.

41. In *Gruber v. Creditors' Prot. Serv., Inc., 742 F.3d 271 (7th Cir. 2014)*, the

Seventh Circuit reiterated that after a consumer notifies a debt collector that

the consumer refuses to pay a debt or wishes the debt collector to cease further

communication, the debt collector must stop communicating with the

consumer, except to inform the consumer that it is terminating its efforts or

that it may invoke specified remedies. The court emphasized that any further

communication would be in violation of 15 U.S.C. § 1692c(c).

42. In *Smith v. Greystone Alliance, LLC, 772 F. Supp. 2d 460 (D. Del. 2011)*, the

court found that a debt collector violated § 1692c(c) by continuing to

communicate with the consumer after being notified of the consumer's refusal

to pay the debt. The court held that such continued communication is

precisely what § 1692c(c) was designed to prevent.

43. In *Tipping-Lipshie v. Riddle, 2000 WL 33963916 (E.D.N.Y. Mar. 2, 2000)*, the

court ruled that a debt collector's failure to cease communication after a

consumer's refusal to pay constituted a violation of the FDCPA, supporting

the consumer's claim for statutory damages.

WHEREFORE, Plaintiff prays for the following relief:

COMPLAINT AND DEMAND FOR JURY TRIAL - 9

a.   Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA pursuant to 15 U.S.C. §1692k(a)(1);

b.   Judgment against Defendant for $1,000 in statutory damages for Defendant's

violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c.   Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d.   Any other legal and/or equitable relief as the Court deems appropriate

## COUNT II

### Violation of the FDCPA 15 U.S.C. § 1692d

44. All preceding paragraphs are re-alleged.

45. Defendant violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which was to harass, oppress and/or abuse Plaintiff in connection with the collection of the alleged debt.

WHEREFORE, Plaintiff prays for the following relief:

a. Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA pursuant to 15 U.S.C. §1692k(a)(1);

b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d. Any other legal and/or equitable relief as the Court deems appropriate

## COUNT III

### Violation of the FDCPA 15 U.S.C. § 1692f

46. All preceding paragraphs are re-alleged.

COMPLAINT AND DEMAND FOR JURY TRIAL - 11

47. Defendant violated 15 U.S.C. § 1692f by using an unfair or unconscionable means to attempt to collect the alleged debt.

WHEREFORE, Plaintiff prays for the following relief:

a.   Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA pursuant to 15 U.S.C. §1692k(a)(1);

b.   Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c.   Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d.   Any other legal and/or equitable relief as the Court deems appropriate

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against the Defendant as follows:

48. Awarding Plaintiff actual damages;

49. Awarding Plaintiff statutory damages;

50.  Awarding punitive damages;

51. Awarding Plaintiff, the costs of this action and reasonable fees and expenses;

52. Equitable relief;

53. Waiving the alleged debt obligation to Plaintiff; and

54. Awarding Plaintiff such other and further relief as the Courts may deem just
    and appropriate.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues in this action, except for any issues
relating to the amount of attorneys' fees and litigation costs to be awarded should
Plaintiff prevail on any of her FDCPA claims in this action.

COMPLAINT AND DEMAND FOR JURY TRIAL - 13

Dated June 8, 2024

Respectfully Submitted,

Andrea Marion

*Pro Se*

Andrea Marion

3201 Kenelworth Dr apt 5

East Point, GA 30344

Phone: 716-342-5798

dreabby7556@amfinancialservice.com

COMPLAINT AND DEMAND FOR JURY TRIAL - 14

# EXHIBIT A

5:32



Hollis Cobb Associates

Text Message
Mon, Feb 5 at 2:15 PM

You'll receive texts from Hollis Cobb Associates (HC-Debt Collector) # of msgs varies Msg&DataRatesMayApply Terms: sclk.me/HC_Disclosures To optout txt STOP

HC-Debt Collector: ANDREA, you can make your GRADY HEALTH S payment online. Tap https://s-url.pro/MGDTc or call 844-892-1923. To optout txt STOP

Tue, Feb 27 at 2:13 PM

HC-Debt Collector: ANDREA, we offer pmt options. Give us a call at 844-892-1923 or click https://s-url.pro/MGDTc. To optout txt STOP

Tue, Feb 27 at 5:06 PM

Marion Andrea I declined to pay the debt

Thu, Mar 7 at 2:14 PM

HC-Debt Collector: ANDREA, you can make your GRADY HEALTH S payment online. Tap https://s-url.pro/SdxlMFO or call 844-892-1923. To optout txt STOP

These texts are giving me a headache

Text Message 

5:32 👤      📶 🛜 27



**Hollis Cobb Associates**

msgs varies Msg&DataRatesMayApply
Terms: sclk.me/HC_Disclosures To
optout txt STOP

HC-Debt Collector: ANDREA, you can
make your GRADY HEALTH S payment
online. Tap https://s-url.pro/MGDTc or
call 844-892-1923. To optout txt
STOP

Tue, Feb 27 at 2:13 PM

HC-Debt Collector: ANDREA, we offer
pmt options. Give us a call at
844-892-1923 or click https://s-
url.pro/MGDTc. To optout txt STOP

Tue, Feb 27 at 5:06 PM

Marion Andrea I declined to pay the
debt

Thu, Mar 7 at 2:14 PM

HC-Debt Collector: ANDREA, you can
make your GRADY HEALTH S payment
online. Tap https://s-url.pro/SdxjMF0 or
call 844-892-1923. To optout txt
STOP

These texts are giving me a headache

These text messages are giving me a
head ache while I'm at work I'm
unwilling to pay the debt

＋    Text Message          🎤

5:33

Voicemail

**Hollis Comb Associates For Grady Ho...**
phone
January 25, 2024 at 12:10 PM

0:00                                                    −0:43

### Transcription

"Hello please return our call to Hollis Cobb associates at 617-272-2220 this is an attempt to collect a debt and any information obtained will be used for that purpose this is a call from a debt collector if you believe we have called your telephone number by mistake please return our call to let us know you can also visit our website at personapay.com/holliscobb reference account number 56955895..."

Was this transcription useful or not useful?

 Favorites
 Recents
 Contacts
 Keypad
 Voicemail

5:33

**< Voicemail**

**Hollis Comb Associates For Grady Ho...**
phone
February 19, 2024 at 9:26 AM

0:00                                                    −0:28

## Transcription

"Hello, this call concerns an important business matter. Please return our call to. Call Liz call associates at 8 5 5- 4 2 6- 2 7 6 4 . This is an attempt to collect a debt , and any information obtained will be used for that purpose . This call is from a debt collector. If you believe we have called your telephone number by mistake please return our call to let us know...."

Was this transcription useful or not useful?

 Favorites    Recents    Contacts    Keypad    Voicemail

5:33 👤　　　　　　　.ıl 🛜 27

**‹ Voicemail**

**Hollis Comb Associates For Grady Ho...**
phone
February 27, 2024 at 12:19 PM

0:00　　　　　　　　　　　　　　−0:27

▶　　　　　　　🔊　　📞　　🗑

## Transcription

"Hello this call concerns an important business matter please return our call to Hollis Associates at 855-426-2764 this is an attempt to collect a debt and any information obtained will be used for that purpose this call is from a debt collector if you believe we have called your telephone number by mistake please return our call to let us know..."

Was this transcription useful or not useful?

    

Favorites　　Recents　　Contacts　　Keypad　　Voicemail

5:34

‹ Voicemail

**Hollis Comb Associates For Grady Ho...**
phone
February 28, 2024 at 2:29 PM

0:00                                             −0:29

  

**Transcription**

"Hello, this call concerns an important business matter. Please return our call to. Hollis Cobb associates at 6 7 8- 2 5 0- 6 3 5 4 This is an attempt to collect a debt, and any information obtained will be used for that purpose This call is from a debt collector . If you believe we have called your telephone number by mistake please return our call to let us know ...."

Was this transcription useful or not useful?

Favorites        Recents        Contacts        Keypad        Voicemail

# EXHIBIT B

Andrea Marion                                                March 17, 2024
3201 Kenelworth Dr #5
East Point, GA 30344
716-342-5798

Hollis Cobb Associates
3175 Satellite Boulevard
Building 600, Suite 400
Duluth, GA 30096

Re: Account Number# 56955895

Certified# **9589071052700905300745**

### Pre-Litigation Settlement Demand Notice

To whom it may concern,

Please accept this letter as a notice that you are in violation of the Fair Debt Collection Practices
Act 15 U.S. Code § 1692c(c).

On Monday February 5, 2024, I received a text message at 2:15pm from Hollis Cobb
Associates stating that I would be receiving texts from this office . The text also advises that
Hollis Cobb Associates are a debt collector("hereinafter HC-Debt Collector"). In a separate
text on same day and time the message states that I, the consumer can make a payment online
as well can text back STOP to opt out.

On February 19, 2024, at 9:26am, I received a voicemail from an automated system from Hollis
Cobb Associates in regard to an import business matter. The message stated it was an attempt
to collect a debt and the call was from a debt collector.

On February 27, 2024, at 12:19pm, I received a second voicemail from an automated system
from Hollis Cobb Associates in regard to an import business matter. The message stated it was
an attempt to collect a debt and the call was from a debt collector.

On Tuesday February 27, 2024, at 2:13pm, I received another text from HC-Debt Collector
stating they were offering payment options and to call or go online. I responded to this text on
Tuesday February 27, 2024, at 5:06pm with the message "Marion, Andrea I declined to pay
the debt". On Thursday February 29, 2024, at 2:14pm I received another text from HC-Debt
Collector to make a payment online or call. I responded again advising the texts were causing
me emotional damages.

On February 28, 2024, at 2:29pm, I received a third voicemail from an automated system from Hollis Cobb Associates in regard to an import business matter. The message stated it was an attempt to collect a debt and the call was from a debt collector.

On March 7th, 2024 at 2:14pm, I received another text from Hollis Cobb Associates aka HC-Debt Collector stating I can make my Grady Health S payment online or by calling.

The Fair Debt Collection Practices Act 15 U.S. Code § 1692c(c) which states that:

**(c)Ceasing communication**

If a consumer notifies a debt collector in writing that the **consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication** with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt, except—

(1)to advise the consumer that the debt collector's further efforts are being terminated;

(2)to notify the consumer that the debt collector or creditor may invoke specified remedies which are ordinarily invoked by such debt collector or creditor; or

(3)where applicable, to notify the consumer that the debt collector or creditor intends to invoke a specified remedy.

Hollis Cobb Associates identified themselves as a debt collector and pursuant to the FDCPA 15 USC 1692a(6) they must comply with the FDCPA. Hollis Cobb Associates sent communication via phone calls and texts. I notified Hollis Cobb Associates by text that I was refusing to pay this alleged debt which should have ceased further communication with me after I refused to pay this alleged debt but because Hollis Cobb Associates failed to follow procedures and violated the FDCPA, this has caused me emotional damages, loss of focus, and trouble at work for the constant text messages.

I wish to settle this matter quickly and amicably, I am requesting a release from the alleged debt obligation, and $3000. To remain in good faith, I am providing you with 30 days to remedy this situation, Should I not hear from you that will result in the filing of this case with the United States District Court of Northern Georgia.

Should you wish to discuss this matter in greater detail, I can be contacted via email at marional01@mail.buffalostate.edu.

Respectfully,
Andrea Marion



# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

# 9589071052700905300745

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:30 pm on April 13, 2024 in DULUTH, GA 30096.

---

**Get More Out of USPS Tracking:**

     **USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

DULUTH, GA 30096
April 13, 2024, 12:30 pm

**In Transit to Next Facility**

April 9, 2024

**Arrived at USPS Regional Facility**

ATLANTA NORTH METRO DISTRIBUTION CENTER
March 22, 2024, 11:22 am

**Arrived at USPS Regional Facility**

ATLANTA GA DISTRIBUTION CENTER
March 19, 2024, 8:50 pm

**USPS in possession of item**

ATLANTA, GA 30303
March 18, 2024, 4:13 pm

Feedback

$$
\begin{array}{r}
1368 \\
+ 650 \\
\hline
2018 \\
+ 373 \\
\hline
2391 \\
+ 520 \\
\hline
2911
\end{array}
$$