IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREA MARION, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| v. | : NO.: 1:24-CV-2582-MLB-JCF |
| | : |
| HOLLIS COBB ASSOCIATES, INC., | : |
| | : |
| Defendants. | : |

## ORDER

By Order entered on July 8, 2024, the Court granted Plaintiff's application for leave to proceed *in forma pauperis* and her complaint was filed (Docs. 2 and 3). On September 23, 2024, Defendant file an answer to the complaint (Doc. 11).

On October 18, 2024, Defendant filed its Joint Preliminary Report and Discovery Plan as required by FED. R. CIV. P. 16 and 26 and LR 16.2, NDGa. (Doc. 14). Plaintiff is **ORDERED** to file her Preliminary Report and Discovery Plan **within 14 days from the date of entry of this Order**.

Plaintiff is advised that failure to comply with a lawful order of this Court may subject her to sanctions, including a recommendation to the District Judge that the complaint be dismissed.

The Clerk is **DIRECTED** to resubmit this matter to the undersigned upon expiration of the above deadline if the parties fail to comply with this Order.

**IT IS SO ORDERED** this 25th day of October, 2024.

>  */s/ J. Clay Fuller*
>  J. CLAY FULLER
>  UNITED STATES MAGISTRATE JUDGE