IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Andrea L. Marion,

        Plaintiff,

v.                            Case No. 1:24-cv-2582-MLB

Hollis Cobb Associates, Inc.,

        Defendant.

_____/

## ORDER

Defendant moved to dismiss Plaintiff's intentional infliction of emotional distress ("IIED") and invasion of privacy state law claims. (Dkt. 28.)  Magistrate Judge Fuller issued a Non-final Report and Recommendation ("R&R"), recommending granting Defendant's motion. (Dkt. 34.)  No one objects.

"It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  But many district courts still do conduct a limited review of unobjected-to portions of an R&R, typically

for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note (1983 Addition) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Even assuming that review is necessary here, the Court sees no error—much less clear error—in the Magistrate Judge's conclusions that Plaintiff failed to plead sufficient facts for either claim.

The Court **ADOPTS** the R&R (Dkt. 34), **GRANTS** Defendant's partial Motion to Dismiss (Dkt. 28), and **DISMISSES WITHOUT PREJUDICE** Plaintiff's IIED and invasion of privacy state law claims. All remaining claims may proceed.

**SO ORDERED** this 21st day of April, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE